UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VU TRONG NGUYEN,

         Petitioner,

    v.

KRISTI NOEM, et al.,

         Respondents.

No. 2:25-cv-3203 AC

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 2, 2025, respondents filed a response to the petition. On December 22, 2025, the court received petitioner's reply, dated December 16, 2025, in which he stated that he had not received the response. ECF No. 13. Respondents re-served the response on December 29, 2025, and no further reply has been filed. Because the original reply was filed without the benefit of respondent's opposition to the petition, the court will provide petitioner additional time to file a supplemental reply in support of the petition. Petitioner is advised that the reply is an opportunity to respond to any statements or arguments made by the respondents in their opposition to the petition. If petitioner does not file a supplemental reply, the petition will be deemed submitted and be decided on the basis of the petition, response to the petition, and original reply.

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall have fourteen days from the filing of this order to file an optional supplemental reply in support of the petition.

DATED: January 15, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2